UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLEN AUSTIN | CIVIL ACTION |
| VERSUS | NO. 10-1949 |
| ACTAVIS, INC., ET AL | SECTION: "C" (5) |

### ORDER

Defendants Actavis Inc. and Actavis Elizabeth LLC have filed an amended motion to dismiss. Rec. Doc. 69. Defendant Watson Pharmaceuticals, Inc. joins in this motion to dismiss. Rec. Doc. 72. This Court ordered the plaintiff to file any opposition to the motion by December 11, 2012. Rec. Doc. 67. Plaintiff Ellen Austin did not file an opposition but requested leave to file a supplemental memorandum in opposition, which was granted. Rec. Doc. 77.

In Plaintiff's supplemental opposition, she brings to the attention of the Court *Mutual Pharmaceutical Co. v. Bartlett*, which as in the instant case, deals with whether generic drug manufacturers can be subjected to personal injury lawsuits that allege flaws in the design of drugs, even if federal law would not allow such cases to go forward. The Supreme Court has granted certiorari in *Bartlett* to hear arguments on whether *Pliva, Inc. v. Mensing* should be extended to design defect claims. No. 12-142, 2012 WL 3134353 (Nov. 30, 2012).

In light of this pending ruling, expected in June, Rec. Doc. 78, the Court finds that the interests of justice and judicial economy would be served by reinstating the stay pending the Supreme Court's review of the *Bartlett* decision.

The Court also notes that while *Demahy v. Wyeth, Inc.* has been ruled on in the Fifth Circuit,

1

No. 11-37073, 2012 WL 5261492 (5th Cir. Oct. 25, 2012); Rec. Doc. 69, a petition for writ of certiorari may still be filed.

Accordingly,

IT IS ORDERED that the case is STAYED and ADMINISTRATIVELY CLOSED. Any party may file a written motion to re-open the case within 30 days after the final judgment in *Bartlett*.

IT IS FURTHER ORDERED that the parties notify the Court within 10 days of the disposition of any potential petition for writ of certiorari in *Demahy*.

IT IS FURTHER ORDERED that any future motions or opposition to such motions shall be re-urged in their entirety without reference to incorporation of past motions or supplemental memoranda to past motions.

New Orleans, Louisiana, this 8th day of January, 2012.

_____
HELEN G. BERRIGAN
UNITED STATED DISTRICT JUDGE